# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. Vista, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-01661-NONE-SAB<br><br>ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION<br><br>(ECF No. 2)<br><br>TWENTY-ONE DAY DEADLINE |

　　Plaintiff Prince Paul Raymond Williams, proceeding in this matter *pro se*, initiated this civil rights action on November 17, 2021. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.)

　　However, with respect to the questions regarding Plaintiff's assets and expenses (questions 5–6), Plaintiff fails to indicate any values but merely indicates all assets and expenses are "N/A [not applicable]." (Id. at 2 (identifying assets including "any automobile, real estate, . . . or other financial instrument or thing of value that I own," and expenses including any housing, transportation, utilities, loan payments, regular monthly expenses, support for dependents, debts, and financial obligations).) Similarly, Plaintiff's application indicates he has received a worker's compensation payment of an estimated $400.00 in February 2021 but does not clarify whether

1

Plaintiff expects to receive additional amounts in the future. (Id. at 1.) In response to question 7, which requires the names of all persons who are dependent on Plaintiff for support, his relationship with each person, and how much he contributes to their support, Plaintiff merely indicates two individuals by their initials and does not respond to the rest of the question. (Id. at 2.) Thus, it appears Plaintiff's application was not sufficiently completed for the Court to determine if he is entitled to proceed in this action without prepayment of fees.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice;

2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;

3. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and

4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **November 18, 2021**

UNITED STATES MAGISTRATE JUDGE