# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS, | Case No.  1:21-cv-01661-NONE-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF *IN FORMA PAUPERIS* APPLICATION |
| v. | |
| J. VISTA, ET AL., | (ECF No. 4) |
| Defendants. | **FOURTEEN DAY DEADLINE** |

Plaintiff Prince Paul Raymond Williams, proceeding in this matter *pro se*, initiated this civil rights action on November 17, 2021.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)  Due to the lack of information provided in the initial application, on November 18, 2021, the Court ordered Plaintiff to file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  (ECF No. 3.)  On November 24, 2021, Plaintiff filed a long form application.  (ECF No. 4.)  The filing indicates that in the previous twelve (12) months, Plaintiff received on average, $1,570.00 per month in income, and specifically, that between July 2021 and October 2021, Plaintiff was receiving $2,400.00 per month in gross monthly pay.  (ECF No. 4 at 1-2.)  Plaintiff states that he was terminated from his employment on October 8, 2021, however, in specifying current income and future expected income, indicates he does not receive any unemployment payments.  Given Plaintiff's proffered

recent termination, the Court shall require Plaintiff to submit a supplemental declaration affirming and explaining whether or not he receives, or plans to receive, any unemployment payments.

Accordingly, IT IS HEREBY ORDERED that:

1.    Within **fourteen (14) days** of the service of this order, Plaintiff shall file a supplemental declaration explaining whether he receives or plans to receive unemployment payments, and the amount of such unemployment payments; and

2.    If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **November 29, 2021**

UNITED STATES MAGISTRATE JUDGE

2