UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> J. VISTA, INC., *et al.*, <br><br> Defendants. | Old Case No. 1:21-CV-01661-DAD-SAB <br> New Case No. 1:21-CV-01661-JLT-SAB <br><br> <u>ORDER RELATING CASES AND</u> <br> <u>REASSIGNING DISTRICT JUDGE</u> |

Pursuant to Local Rule 123, the court finds that the above-captioned action is related under this court's Local Rule 123 to the following matter: *Williams v. Aetna, Inc.*, 1:21-cv-01583-JLT-SAB. The actions involve overlapping parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the court and parties. An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is affected.[1]

///

///

---

[1] The Court recognizes that this matter was recently reassigned from the undersigned's docket to the docket of Judge Drozd. That occurred as part of a larger-scale rebalancing of caseloads, a process that inadvertently did not recognize the relatedness of these two cases.

1

Based on good cause, this court **ORDERS** that the above-captioned action be reassigned to U.S. District Judge Jennifer L. Thurston. The case will remain assigned to U.S. Magistrate Judge Stanley A. Boone. Going forward, all documents shall bear the new case number:

**1:21-CV-01661-JLT-SAB**

IT IS SO ORDERED.

Dated: __February 16, 2022__

UNITED STATES DISTRICT JUDGE