UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>        Plaintiff,<br><br>  v.<br><br>J. VISTA, et al.,<br><br>        Defendants. | Case No.: 1:21-cv-1661 JLT SAB<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS AND DISMISSING THE ACTION WITH PREJUDICE<br><br>(Doc. 13) |

    The assigned Magistrate Judge determined Plaintiff failed to state any cognizable claim. (Doc. 12.) The Court granted Plaintiff thirty days to file an amended complaint, and informed Plaintiff that the failure to comply with the Court's order may result in dismissal of the action, with prejudice. (*Id.* at 16.) After Plaintiff failed to file an amended complaint, the Magistrate Judge determined Plaintiff failed to comply with the Court's order and failed to prosecute the action. Therefore, the Magistrate Judge recommended the matter be dismissed on April 1, 2022. (Doc. 13.)

    The Court granted Plaintiff 14 days to file objections to the Findings and Recommendations. (Doc. 13 at 17-18.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 18, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).) To date, Plaintiff has not filed objections, and the deadline to do so has passed.

    According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case.

1

Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 1, 2022 (Doc. 13), are **ADOPTED** in full.
2. This action is **DISMISSED** with prejudice.
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated: **April 21, 2022**

UNITED STATES DISTRICT JUDGE